UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Xue L.,

Petitioner,

v.

Markwayne Mullin, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and Ryan Shea, Sheriff of Freeborn County,

Respondents.

Civ. No. 26-4077 (PAM/DJF)

**ORDER**

---

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Xue L. by no later than September 28, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than October 5, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

3. To the extent Petitioner seeks an order prohibiting his transfer or removal during the petition's adjudication, this request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: September 21, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge