# UNITED STATES DISTRICT COURT
## District of Minnesota

Xue Lor,

Petitioner,

v.

Markwayne Mullin, David Easterwood,
Ryan Shea, Todd M. Lyons,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-4077 (PAM/DJF)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **GRANTED**;
2. Respondents are to release Petitioner on or before October 24, 2026, subject to the appropriate release conditions as determined by Respondents and consistent with 8 U.S.C. § 1231; and
3. This action is **DISMISSED**.

Date: 10/19/2026

KATE M. FOGARTY, CLERK